UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROY SACKIE, | No. 2:16-cv-1993 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. HILTON, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Currently pending before the court are plaintiff's motion for a 60 day extension of the discovery and scheduling order, ECF No. 38, defendants' motion for a protective order staying the discovery period pending resolution of a concurrently filed motion for summary judgment, ECF Nos. 40-41, and defendants' motion for a 45 day extension of time to respond to plaintiff's second request for admissions, ECF No. 43.

For good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' motion for a protective order, ECF No. 41, is granted. Discovery in this matter, including discovery that has already been propounded, except that pertaining to the subject of exhaustion issues, is stayed pending resolution of defendants' motion for summary judgment;

2. Plaintiff's motion for an extension of the discovery and scheduling order, ECF No.

1

38, is denied as moot in light of the stay; and,

3. Defendants' motion for an extension of time to respond to plaintiff's second request for admissions, ECF No. 43, is also denied as moot.

Dated: November 20, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/sack1993.staydisco.docx