UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROY SACKIE,<br><br>    Plaintiff,<br><br>    v.<br><br>J. HILTON, et al.,<br><br>    Defendants. | No. 2:16-cv-1993 GEB CKD P<br><br>ORDER |

Plaintiff has filed a motion for extension of time to file a response to motion for summary judgment. ECF No. 46. Defendants do not oppose the request for a short extension of time. ECF No. 48.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file a response to motion for summary judgment. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: December 14, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/sack1993.36