UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ROY SACKIE, | No. 2:16-cv-1993 GEB CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. HILTON, et al., | |
| Defendants. | |

Plaintiff has filed a third motion for an extension of time to file and serve a response to defendants' November 6, 2017 motion for summary judgment. Defendants have filed a statement indicating no opposition thereto. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's third motion for an extension of time (ECF No. 55) is granted; and

2. Plaintiff is granted twenty-eight days from the date of this order in which to file and serve his response. Defendants' reply, if any, shall be filed within seven days thereafter.

Dated: February 22, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/sack1993.36(3)